■ RACHEL WERNICK et al., Appellants, v CITY OF NEW YORK et al., Respondents. [834 NYS2d 469]—Order, Supreme Court, New York County (Robert D. Lippmann, J.), entered January 18, 2006, which granted defendants' motion for summary judgment dismissing the complaint and dismissed as moot plaintiffs' cross motion for summary judgment on liability, unanimously affirmed, without costs.

Defendants demonstrated prima facie that they had no actual or constructive notice of the condition on the subway station staircase that allegedly caused plaintiff's injuries, and plaintiffs' submissions failed to raise an issue of fact in that regard (*Gold-*

*man v Waldbaum, Inc.*, 248 AD2d 436 [1998], *lv denied* 92 NY2d 805 [1998]). Concur—Tom, J.P., Friedman, Sullivan, Buckley and Kavanagh, JJ.